IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NEIL J. WAGER**, | : CIVIL ACTION NO. 1:06-CV-0544 |
| Plaintiff | : (Judge Conner) |
| v. | : |
| **EDWARD G. RENDELL**, *et al.*, | : |
| Defendants | : |

## ORDER

AND NOW, this 10th day of April, 2006, upon consideration of the motions (Docs. 4, 5) to dismiss the original complaint, and it appearing that plaintiff has filed an amended complaint (see Doc. 6), see FED. R. CIV. P. 15(a) ("A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . . ."), and that the amended complaint renders the original complaint a legal nullity, see Snyder v. Pascack Valley Hosp., 303 F.3d 271, 276 (3d Cir. 2002) ("An amended complaint supercedes the original version in providing the blueprint for the future course of the lawsuit."); 6 CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 1476 (2d ed. 1990) ("Once an amended pleading is interposed, the original pleading no longer performs any function in the case . . . ."), it is hereby ORDERED that the motions (Docs. 4, 5) to dismiss the original complaint are DENIED as moot.

                                            /s/ Christopher C. Conner
                                            CHRISTOPHER C. CONNER
                                            United States District Judge