## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEIL J. WAGER, | : | CIVIL ACTION NO. 1:06-CV-0544 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| EDWARD G. RENDELL, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

### ORDER

AND NOW, this 14th day of September, 2006, upon consideration of the second amended complaint (Doc. 32), filed by plaintiff without leave of court or written consent of defendants, see FED. R. CIV. P. 15(a) (stating that a party may amend his pleading "once as a matter of course," but that additional amendments require either "leave of court or . . . written consent of the adverse party"), it is hereby ORDERED that:

1. The second amended complaint (Doc. 32) is STRICKEN from the record without prejudice to plaintiff's right to move for leave to amend. See L.R. 15.1 (outlining the process for seeking leave to amend).

2. The Clerk of Court shall return a copy of the second amended complaint (Doc. 32) to plaintiff but shall retain the document on the docket in the above-captioned case.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge