# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NEIL J. WAGER,** | : CIVIL ACTION NO. 1:06-CV-0544 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **EDWARD G. RENDELL,** *et al.*, | : |
| **Defendants** | : |

## ORDER

AND NOW, this 17th day of October, 2006, upon consideration of *pro se* plaintiff's motions (Docs. 35, 36) to compel defendants Victoria A. Masek and Dorothy Livaditis to answer interrogatories, and it appearing that defendants have responded to plaintiff's interrogatories, but that plaintiff disagrees with defendants' objections, and it further appearing that plaintiff has not complied with paragraph 5(b) of the Case Management Order (see Doc. 27 ¶ 5(b) ("In the event that discovery disputes arise and are not resolved after counsel attempt in good faith to do so, the matter shall be brought before the court by way of a telephone conference rather than through the filing of formal motions.")), it is hereby ORDERED that:

1. The motions (Docs. 35, 36) are DENIED without prejudice.

2. The court shall initiate a telephone conference with plaintiff and defendants Masek and Livaditis at **2:00 p.m. on Friday, October 20, 2006** to address the discovery issues.[1]

---

[1] Unless informed otherwise, the court will contact the parties using the telephone numbers listed on the docket.

3. Plaintiff and defendants Masek and Livaditis shall be permitted to submit correspondence regarding the discovery issues, via facsimile, at or before **12:00 p.m. on Thursday, October 19, 2006**.[2]

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge

---

[2] Plaintiff need not resubmit any information contained within the instant motions and supporting briefs.